UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-8154-DLB

UNITED STATES OF AMERICA

   Plaintiff,

v.

PAUL LEWIS SCHUMACK, II,

   Defendant.
_____

FILED by _____ D.C.
APR - 8 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA __ELLEN COHEN__   *STEPHEN CARLTON*      Language ENGLISH
Agent __FBI__    Jail No. _____

The above-named defendant having surrendered on __APRIL 8, 2014__ appeared before the court for an initial appearance on __APRIL 8, 2014__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. __JACOB A. COHEN__ appeared as ~~permanent~~/temporary counsel of record.
   Address_____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on __4-22-14 BEFORE DUTY MAGISTRATE__ .

4. ARRAIGNMENT set for __4-22-14 @ 10AM BEFORE DUTY MAGISTRATE__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __BOND__ __N/A__
   A ~~Detention~~ hearing pursuant to 18 U.S.C. Section 3142(f), is set for 10:00 AM on __HELD__

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

__$100,000  (100)% CASH__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other:

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew:
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

This bond was set: At Arrest
On Warrant
After Hearing X

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, Florida, this 8th day of APRIL, 2014.

_____
**DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
  Defendant
  Counsel
  U.S. Marshal
  U.S. Probation & Pretrial Service