# ATTACHMENT A

## MEMORANDUM

To:     Joe Rotunda, Director of Enforcement

From:   Sara Scribner, Enforcement Attorney

Date:   October 16, 2013

Re:     Tracy Spaeth (Inv. #4927)

On the afternoon of Wednesday, October 16, 2013, I received a telephone call from a man who identified himself as Tom Bates, an attorney in West Palm Beach, Florida. Mr. Bates said he represents JCS Enterprises, Inc.

Mr. Bates said that JCS Enterprises has received a copy of my October 15, 2013, letter to Paul Schumack of T.B.T.I., Inc., in which I requested that T.B.T.I. provide copies of the most recent financial statements for JCS Enterprises. Mr. Bates stated that JCS Enterprises is not affiliated with T.B.T.I.; rather, JCS Enterprises simply manufactures Virtual Concierge equipment and sells it to T.B.T.I. At that point, according to Mr. Bates, it is "not our business" what T.B.T.I. does with the equipment. Mr. Bates said he has seen the language in the Virtual Concierge Investor Contract stating that JCS Enterprises has guaranteed T.B.T.I.'s payment obligations to investors, but that no such guarantee exists. JCS Enterprises is controlled by a man named Joseph Signore.

I told Mr. Bates that the reason we had requested JCS Enterprises' financials is precisely because of the representation of a payment guarantee. I asked him to write me a letter stating what he had just told me by telephone, and he agreed to do so. I also asked him to see whether JCS Enterprises would be willing to tell me how many

1

TXSB-000006

machines they had sold to T.B.T.I., as I would like to match up that information with the number of machines known to have been sold to investors by T.B.T.I.

Mr. Bates also stated that JCS Enterprises has heard that a man named Richard Renshaw is buying the virtual concierge machines from T.B.T.I.

Mr. Bates then engaged me in a conversation involving whether the Virtual Concierge program involved a security. I explained that the sale of virtual concierge equipment alone did not constitute a security, but when that sale was coupled with a promised payment of $300 per month per unit, it did. Mr. Bates then tried to obtain advisory opinions on whether different business models might constitute securities, and I told him we would have to actually read and analyze the contracts before making a determination.

Mr. Bates asked for my email address and said he would send me an email with his contact information. We then concluded the conversation.

2

# MEMORANDUM

To:      Joe Rotunda, Director of Enforcement

From:    Sara Scribner, Enforcement Attorney

Date:    October 29, 2013

Re:      Tracy Spaeth (Inv. #4927)

On the morning of Tuesday, October 29, 2013, I received a telephone call from attorney Tom Bates, who represents JCS Enterprises, Inc. As reported in previous memoranda, investors in the T.B.T.I. Virtual Concierge Investor Contracts are told that JCS Enterprises guarantees T.B.T.I.'s monthly payment obligations to investors.

Bates accused T.B.T.I. of attempting to throw JCS Enterprises "under the bus." He insisted that there is no guarantee of funds from JCS Enterprises to T.B.T.I. at all, and that T.B.T.I. has therefore committed fraud by representing such to its investors. In fact, according to Bates, there is no written agreement of any kind between JCS Enterprises and T.B.T.I. There is only a "handshake agreement" between Joe Signore of JCS Enterprises and Paul Schumack of T.B.T.I.

Bates said that JCS Enterprises has sold T.B.T.I. "several thousand" virtual concierge units. T.B.T.I. buys them from JCS Enterprises for $2,500 and resells them to investors for more than that. JCS Enterprises also pays T.B.T.I. a flat fee of $300 for every virtual concierge unit T.B.T.I. sells. Bates said that it is T.B.T.I., not JCS

1

TXSB-000008

Enterprises, who is to install and service the machines and obtain advertisers.[1] Therefore, according to Bates, if a Ponzi scheme is involved, it is T.B.T.I., not JCS, who is at fault. (I had not said anything to Bates about a Ponzi scheme.) I asked Bates whether JCS ever advanced funds to T.B.T.I. for any purpose, and he said not to his knowledge, but he would check and get back with me.

Bates said that JCS Enterprises allowed T.B.T.I. to use JCS' "merchant account" to process any sales of equipment that were made by credit card. Bates said that as a result, JCS knows how many virtual concierge units have been sold to Texas residents through credit card transactions. That number is approximately 1200 units.[2]   Bates said that to his knowledge, it is not a crime to allow another company to process its credit card transactions through your account.

Bates stated that there is no direct relationship between any Texas resident and JCS Enterprises, nor has JCS Enterprises placed any of its machines in Texas locations.

I told Bates that I would need all of this information in writing. He agreed to provide it to me in a letter that will be forthcoming by both email and postal mail. I thanked him for the call and concluded the conversation.

---

[1] Yesterday, October 28, 2013, T.B.T.I.'s attorney, Jack Kiefner, represented the exact opposite to me in an email: that "JCS administers and places the machines, programs the software, negotiates all contracts with the location owners, and receives all income generated by the machines."

[2] This information strongly suggests that there are substantially more sales in Texas than those made by Tracy Spaeth, who is known to have sold Virtual Concierge Investor Contracts representing approximately 300 units. Moreover, any Virtual Concierge investments made by check -- such as those from Spaeth's clients -- would presumably not be included in the 1200-unit figure JCS claims to have derived from its credit card processing records.

2

TXSB-000009

RE: JCS Enterprises, Inc.

**Subject:** RE: JCS Enterprises, Inc.
**From:** <tbates@westpalmbeachtriallawyer.com>
**Date:** 11/14/2013 3:40 PM
**To:** "Sara Scribner" <sscribner@ssb.state.tx.us>

Sara,

As we just discussed, based on my receipt today of a purported contract between JCS and TBTI I initially felt compelled to correct the statement I made in a November 5, 2013 letter to you concerning whether there was a written contract between JCS and TBTI. In that letter I stated that while there was an oral agreement between JCS and TBTI there was no written agreement.

After now discussing the purported contract with Joe Signore, JCS's principal, and comparing the signature on the purported contract with Mr. Signore's actual signature, I can confirm based on assurances from Mr. Signore that there is no written contract between JCS and TBTI. The purported contract contains the forged signature of Mr. Signore. We do not know who forged his signature. I've attached an exemplar of his signature along with the purported contract. Please let me know if you need further information. Thank you.

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
**tbates@westpalmbeachtriallawyer.com**
**www.westpalmbeachtriallawyer.com**

-------- Original Message --------
Subject: RE: JCS Enterprises, Inc.
From: "Sara Scribner" <sscribner@ssb.state.tx.us>
Date: Tue, November 05, 2013 1:05 pm
To: <tbates@westpalmbeachtriallawyer.com>

Mr. Bates,

This will acknowledge receipt of your letter.  Thank you.

Sincerely,
Sara Scribner

Sara Scribner
Enforcement Attorney
Texas State Securities Board
5121 69th Street, Suite A10-A
Lubbock, Texas 79424
806-762-8010 - tel.
806-762-6648 - fax

3/5/2014 1:41 PM

JCS02-000051

... ... ... ...

>>> 11/05/13 11:07 AM >>>
Dear Ms. Scribner,

Please see attached correspondence. Thank you.

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
tbates@westpalmbeachtriallawyer.com
www.westpalmbeachtriallawyer.com

-------- Original Message --------
Subject: Re: JCS Enterprises, Inc.
From: "Sara Scribner" <sscribner@ssb.state.tx.us>
Date: Fri, October 25, 2013 3:22 pm
To: <tbates@westpalmbeachtriallawyer.com>

Dear Mr. Bates,

As I recall our conversation last week, you agreed to provide this Agency with written representations to the following effect:

1. That the relationship between JCS Enterprises, Inc. and T.B.T.I., Inc. is strictly that of a manufacturer of equipment and a purchaser thereof; and

2. That JCS Enterprises, Inc. has not guaranteed T.B.T.I. "sufficient revenue along with insurance policies, lines of credit and cash reserves to honor all facets of" the Virtual Concierge Investor Contract between T.B.T.I., Inc. and its investors, as represented in said contract.

In addition, we requested that JCS Enterprises provide this Agency with information regarding the number of virtual concierge units it has sold to T.B.T.I.

To date, we have received none of the above-described information. Is JCS Enterprises still willing to provide it? If so, please direct the requested information to my attention at your earliest convenience, but no later than Friday, November 5, 2013. My address and other contact information is in the signature block below.

Sincerely,
Sara Scribner

Sara Scribner
Enforcement Attorney
Texas State Securities Board
5121 69th Street, Suite A10-A
Lubbock, Texas 79424
806-762-8010 - tel.

3/5/2014 1:41 PM

JCS02-000052

[FWD: Filing Received]

Subject: [FWD: Filing Received]
From: <tbates@westpalmbeachtriallawyer.com>
Date: 12/30/2013 4:58 PM
To: "Michael Coran" <MCoran@klehr.com>

Saved you the effort of having to check Clerk's website. See below.

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
tbates@westpalmbeachtriallawyer.com
www.westpalmbeachtriallawyer.com

-------- Original Message --------
Subject: Filing Received
From: noreply@myflcourtaccess.com
Date: Mon, December 30, 2013 4:53 pm
To:

Dear Thomas M. Bates
This email verifies the receipt of 1 document submitted by you to Broward Circuit Civil on 12/30/2013 04:53:34 PM.

| | |
|---|---|
| UCN: | 062013CA026031AXXXCE |
| Clerk Case #: | CACE-13-026031 |
| Case Style: | JCS ENTERPRISES INC VS GRRINER, LORI |
| Document Title: | Notice of Voluntary Dismissal W/Prejudice |
| Matter #: | |
| Total Filing Fees: | $0.00 |
| Statutory Convenience Fee: | $0.00 |
| Total Paid: | $0.00 |
| Paid By: | No Payment Required |
| MyFloridaCounty Receipt #: | |

**The E-Portal reference number of this filing is: 8685626.** Please reference this Filing # in any correspondence.
We will notify you when processing is complete.
This is a non-monitored email. Do not reply directly to it. If you have any questions about this filing please contact the Broward Circuit Civil division.
Thank you,
The Florida Courts E-Filing Portal

3/5/2014 1:43 PM

JCS02-000074

[FWD: SERVICE OF COURT DOCUMENT - CASE NUMBER 062013...

Subject: [FWD: SERVICE OF COURT DOCUMENT - CASE NUMBER 062013CA026031AXXXCE]
From: <tbates@westpalmbeachtriallawyer.com>
Date: 12/30/2013 4:59 PM
To: "Michael Caran" <MCaran@idehc.com>

Further confirmation from Clerk's office.

Thomas M. Bates
1655 Palm Beach Lakes Blvd
Suite 400
West Palm Beach, FL 33401
(561) 802-4134
(561) 207-7792 (fax)
Board-Certified Civil Trial Lawyer
tbates@westpalmbeachtriallawyer.com
www.westpalmbeachtriallawyer.com

-------- Original Message --------
Subject: SERVICE OF COURT DOCUMENT - CASE NUMBER 062013CA026031AXXXCE
From: eservice@myfloridaccase.com
Date: Mon, December 30, 2013 4:53 pm
To:

This is an automatic e-mail message generated by the ePortal system. Please DO NOT RESPOND to this e-mail as the mail box is unattended.

Notice of Electronic Filing

The following transaction was entered on 12/30/2013 04:53:54 PM ET.

| | |
|---|---|
| Court: | Seventeenth Judicial Circuit in and for Broward County, Florida |
| Case #: | 062013CA026031AXXXCE |
| Case Style: | JCS ENTERPRISES INC VS GRAINER, LORI |
| Document Title: | Notice Of Voluntary Dismissal W/Prejudice |

Filer:          Thomas M. Bates (561) 802-4124

Notice has been electronically mailed to:

| Name | Primary Email | Alternate Email 1 | Alternate Email 2 | | Primary Email | Alternate Email 1 | Alternate Email 2 |
|---|---|---|---|---|---|---|---|
| Thomas M Bates | tbates@westpalmbeachtriallawyer.com | tmblaw@msn.com | Notice is not sent to: | | | | |
| | | | Name | | | | |
| | | | No Matching Entries | | | | |

Notice Of Voluntary Dismissal W/Prejudice.pdf                                                  34.6 KB

JCS02-000075

RE: JCS Enterprises, Inc.

**Subject:** RE: JCS Enterprises, Inc.
**From:** <tbates@westpalmbeachtriallawyer.com>
**Date:** 12/4/2013 1:02 PM
**To:** "Sara Scribner" <sscribner@ssb.state.tx.us>

Ms. Scribner,

This email is in response to your two inquiries below. As to your first inquiry, I have checked again with JCS to determine if an electronic or hard copy of the "attachment" that Joe Signore sent to Paul Schumack on December 15, 2011 exists. Mr. Signore reiterates that he has looked and will continue to look for that document but at this time he does not have a copy of it, inasmuch as when JCS relocated to its a new location, it switched computer systems. Unfortunately, JCS did not back up this document to another source.

Related to your first inquiry, I must say that I believe the "contract" presented by Mr. Schumack is a "cut & paste" job. The preamble to the contract is taken from contracts that I have prepared for JCS Enterprises on unrelated matters. I did not, however, begin working for JCS until February 2012. The contract in question is signed by Mr. Schumack on December 22, 2011. There are other discrepancies in Mr. Schumack's contract. For instance, why did he initial only the first page? And, why would one even initial a two page document? Furthermore, while paragraphs I through V are single-spaced, paragraphs VI through VIII are double-spaced.

As to your second inquiry, JCS admits that TBTI was hired as broker to sell its Virtual Concierges. Per the terms of their oral agreement JCS would sell the units to TBTI for $2500 each. JCS denies that part of the purported agreement under "II. Compensation" that TBTI would receive a "minimum fee of $500... [and] a 5% net residual on all advertising revenue generated from signed placement contracts or $75.00 per VC monthly......" Rather, TBTI was entitled to keep any money it earned over and above the $2500. For example, if TBTI sold a machine for $2600 it would be entitled to keep $100. Further, while JCS admits that it paid TBTI a commission of $300 per VC sold per month, it denies that this $300 per unit payment was "in order for the investors to be compensated...." JCS denies that it had any discussions with Mr. Schumack or TBTI representatives about paying money to "investors." What TBTI did with the excess money from units it sold, or the $300 per unit commission paid by JCS, was none of JCS's concern.

I am available to answer any additional questions you have.

Best regards,

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
**tbates@westpalmbeachtriallawyer.com**
**www.westpalmbeachtriallawyer.com**

-------- Original Message --------
Subject: Re: JCS Enterprises, Inc.
From: "Sara Scribner" <sscribner@ssb.state.tx.us>
Date: Tue, December 03, 2013 6:09 pm

JCS02-000055

RE: JCS Enterprises, Inc

To: <tbates@westpalmbeachtriallawyer.com>

Dear Mr. Bates:

Thank you for this information.  In view thereof, please provide the Texas State Securities Board with the following:

1.  Although it may be "unlikely" that Mr. Signore still has the attachment to his December 15, 2011, email to Paul Schumack, please ask Mr. Signore/JCS Enterprises to check their records and determine whether an electronic or hard copy of the document exists.  If so, please provide this Agency with a copy by Friday, December 13, 2013.

2.  Please ask Mr. Signore/JCS Enterprises to review the Virtual Concierge Placement and Sales Broker Agreement that T.B.T.I. located (which, as you note, is signed by Mr. Schumack but not Mr. Signore) and inform this Agency whether the terms of that document accurately reflect the manner in which the relationship between T.B.T.I. and JCS Enterprises has worked, in actual practice.  If the document does not accurately reflect the relationship, please provide specifics regarding what has worked differently.  Again, please provide this information by Friday, December 13, 2013.

I will follow up this email with a more formal request on State Securities Board letterhead tomorrow.

Sincerely,
Sara Scribner




Sara Scribner
Enforcement Attorney
Texas State Securities Board
5121 69th Street, Suite A10-A
Lubbock, Texas 79424
806-762-8010 - tel.
806-762-6648 - fax

>>> 12/03/13 12:26 PM >>>
Ms. Scribner,

I last corresponded with you in the email below dated November 15th regarding whether there exists any written agreement between JCS Enterprises and TBTI. Yesterday, I spoke with TBTI's attorney, Jack Kiefner, who told me that an "agency" agreement between JCS and TBTI exists whereby JCS would fund the payment to TBTI's investors. Mr. Kiefner was kind enough to email me a copy of the agreement this morning along with emails between Paul Schumack of TBTI and Mr. Signore. I attach these documents to this email but I'm sure you've probably have already seen them.

However, this is the first time I have seen these documents. I note (and Mr. Kiefner acknowledged this to me yesterday) that the purported agency agreement is not signed by Joe Signore of JCS. Query whether Mr. Schumack has a version of the agreement signed by Mr. Signore.

JCS02-000056

RE: JCS Enterprises, Inc.

I asked Mr. Signore to go back and see if he has the "attachment" referenced in his December 15th email to Mr. Schumack but Mr. Signore tells me that his company switched computer systems and it is unlikely he still has the email to Mr. Schumack. It would be interesting to compare the attachment that Mr. Signore sent and the Mr. Schumack's version of the agreement for, as Mr. Schumack states in a reply email to Mr. Signore, he wanted to "expand a bit on the commissions and investors (sic) role."

Please let me know if you have any further comments or questions about this matter.

Thank you for your attention to this correspondence.

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
tbates@westpalmbeachtriallawyer.com
www.westpalmbeachtriallawyer.com

-------- Original Message --------
Subject: RE: JCS Enterprises, Inc.
From: <tbates@westpalmbeachtriallawyer.com>
Date: Thu, November 14, 2013 3:40 pm
To: "Sara Scribner" <sscribner@ssb.state.tx.us>

Sara,

As we just discussed, based on my receipt today of a purported contract between JCS and TBTI I initially felt compelled to correct the statement I made in a November 5, 2013 letter to you concerning whether there was a written contract between JCS and TBTI. In that letter I stated that while there was an oral agreement between JCS and TBTI there was no written agreement.

After now discussing the purported contract with Joe Signore, JCS's principal, and comparing the signature on the purported contract with Mr. Signore's actual signature, I can confirm based on assurances from Mr. Signore that there is no written contract between JCS and TBTI. The purported contract contains the forged signature of Mr. Signore. We do not know who forged his signature. I've attached an exemplar of his signature along with the purported contract. Please let me know if you need further information. Thank you.

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**

3/5/2014 1:42 PM

JCS02-000057

RE: JCS Enterprises, Inc.

**Subject:** RE: JCS Enterprises, Inc.
**From:** <tbates@westpalmbeachtriallawyer.com>
**Date:** 12/4/2013 4:10 PM
**To:** "Sara Scribner" <sscribner@ssb.state.tx.us>

Ms. Scribner,

After connecting some old CPUs Joe Signore has found the December 15, 2011 email to Paul Schumack containing the "attachment" that Mr. Signore sent to Mr. Schumack. Both the email and the attachment are now attached to my email to you. You'll see that there was no mention of JCS agreeing to have any third-party "investors" involved in this relationship with TBTI.

I also need to correct a statement I made in my email to you below. After further discussion with Mr. Signore, he does not believe that the preamble to either version of the agreement was written by me. Thus, while Mr. Schumack did revise the agreement, he probably did not "cut and paste" as I claimed.

Best regards,

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
**tbates@westpalmbeachtriallawyer.com**
**www.westpalmbeachtriallawyer.com**

-------- Original Message --------
Subject: RE: JCS Enterprises, Inc.
From: "Sara Scribner" <sscribner@ssb.state.tx.us>
Date: Wed, December 04, 2013 3:38 pm
To: <tbates@westpalmbeachtriallawyer.com>

Mr. Bates,

Thank you. This will acknowledge receipt of your email.

(And it seems there is no need for me to send you a formal letter, after all.)

Sincerely,
Sara Scribner

Sara Scribner
Enforcement Attorney
Texas State Securities Board
5121 69th Street, Suite A10-A
Lubbock, Texas 79424
806-762-8010 - tel.

3/5/2014 1:42 PM

JCS02-000060

RE: JCS Enterprises, Inc.

806-762-6648 - fax

>>> 12/04/13 12:03 PM >>>
Ms. Scribner,

This email is in response to your two inquiries below. As to your first inquiry, I have
checked again with JCS to determine if an electronic or hard copy of the "attachment" that
Joe Signore sent to Paul Schumack on December 15, 2011 exists. Mr. Signore reiterates
that he has looked and will continue to look for that document but at this time he does not
have a copy of it, inasmuch as when JCS relocated to its a new location, it switched
computer systems. Unfortunately, JCS did not back up this document to another source.

Related to your first inquiry, I must say that I believe the "contract" presented by Mr.
Schumack is a "cut & paste" job. The preamble to the contract is taken from contracts that
I have prepared for JCS Enterprises on unrelated matters. I did not, however, begin
working for JCS until February 2012. The contract in question is signed by Mr. Schumack
on December 22, 2011. There are other discrepancies in Mr. Schumack's contract. For
instance, why did he initial only the first page? And, why would one even initial a two
page document? Furthermore, while paragraphs I through V are single-spaced, paragraphs
VI through VIII are double-spaced.

As to your second inquiry, JCS admits that TBTI was hired as broker to sell its Virtual
Concierges. Per the terms of their oral agreement JCS would sell the units to TBTI for
$2500 each. JCS denies that part of the purported agreement under "II. Compensation"
that TBTI would receive a "minimum fee of $500... [and] a 5% net residual on all
advertising revenue generated from signed placement contracts or $75.00 per VC
monthly......" Rather, TBTI was entitled to keep any money it earned over and above the
$2500. For example, if TBTI sold a machine for $2600 it would be entitled to keep $100.
Further, while JCS admits that it paid TBTI a commission of $300 per VC sold per month,
it denies that this $300 per unit payment was "in order for the investors to be
compensated...." JCS denies that it had any discussions with Mr. Schumack or TBTI
representatives about paying money to "investors." What TBTI did with the excess money
from units it sold, or the $300 per unit commission paid by JCS, was none of JCS's
concern.

I am available to answer any additional questions you have.

Best regards,

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
**tbates@westpalmbeachtriallawyer.com**
**www.westpalmbeachtriallawyer.com**

-------- Original Message --------
Subject: Re: JCS Enterprises, Inc.
From: "Sara Scribner" <sscribner@ssb.state.tx.us>
Date: Tue, December 03, 2013 6:09 pm

3/5/2014 1:42 PM

JCS02-000061

To: <tbates@westpalmbeachtriallawyer.com>

Dear Mr. Bates:

Thank you for this information.  In view thereof, please provide the Texas State
Securities Board with the following:

1.  Although it may be "unlikely" that Mr. Signore still has the attachment to his
December 15, 2011, email to Paul Schumack, please ask Mr. Signore/JCS
Enterprises to check their records and determine whether an electronic or hard
copy of the document exists.  If so, please provide this Agency with a copy by
Friday, December 13, 2013.

2.  Please ask Mr. Signore/JCS Enterprises to review the Virtual Concierge
Placement and Sales Broker Agreement that T.B.T.I. located (which, as you note,
is signed by Mr. Schumack but not Mr. Signore) and inform this Agency whether
the terms of that document accurately reflect the manner in which the
relationship between T.B.T.I. and JCS Enterprises has worked, in actual practice.
If the document does not accurately reflect the relationship, please provide
specifics regarding what has worked differently.  Again, please provide this
information by Friday, December 13, 2013.

I will follow up this email with a more formal request on State Securities Board
letterhead tomorrow.

Sincerely,
Sara Scribner



Sara Scribner
Enforcement Attorney
Texas State Securities Board
5121 69th Street, Suite A10-A
Lubbock, Texas 79424
806-762-8010 - tel.
806-762-6648 - fax

>>> 12/03/13 12:26 PM >>>
Ms. Scribner,

I last corresponded with you in the email below dated November 15th regarding
whether there exists any written agreement between JCS Enterprises and TBTI.
Yesterday, I spoke with TBTI's attorney, Jack Kiefner, who told me that an
"agency" agreement between JCS and TBTI exists whereby JCS would fund the
payment to TBTI's investors. Mr. Kiefner was kind enough to email me a copy of
the agreement this morning along with emails between Paul Schumack of TBTI
and Mr. Signore. I attach these documents to this email but I'm sure you've
probably have already seen them.

However, this is the first time I have seen these documents. I note (and Mr.

JCS Enterprises, Inc.

Kiefner acknowledged this to me yesterday) that the purported agency agreement is not signed by Joe Signore of JCS. Query whether Mr. Schumack has a version of the agreement signed by Mr. Signore.

I asked Mr. Signore to go back and see if he has the "attachment" referenced in his December 15th email to Mr. Schumack but Mr. Signore tells me that his company switched computer systems and it is unlikely he still has the email to Mr. Schumack. It would be interesting to compare the attachment that Mr. Signore sent and the Mr. Schumack's version of the agreement for, as Mr. Schumack states in a reply email to Mr. Signore, he wanted to "expand a bit on the commissions and investors (sic) role."

Please let me know if you have any further comments or questions about this matter.

Thank you for your attention to this correspondence.

**Thomas M. Bates**
**1655 Palm Beach Lakes Blvd**
**Suite 402**
**West Palm Beach, FL 33401**
**(561) 802-4124**
**(561) 207-7792 (fax)**
**Board-Certified Civil Trial Lawyer**
**tbates@westpalmbeachtriallawyer.com**
**www.westpalmbeachtriallawyer.com**

-------- Original Message --------
Subject: RE: JCS Enterprises, Inc.
From: <tbates@westpalmbeachtriallawyer.com>
Date: Thu, November 14, 2013 3:40 pm
To: "Sara Scribner" <sscribner@ssb.state.tx.us>

Sara,

As we just discussed, based on my receipt today of a purported contract between JCS and TBTI I initially felt compelled to correct the statement I made in a November 5, 2013 letter to you concerning whether there was a written contract between JCS and TBTI. In that letter I stated that while there was an oral agreement between JCS and TBTI there was no written agreement.

After now discussing the purported contract with Joe Signore, JCS's principal, and comparing the signature on the purported contract with Mr. Signore's actual signature, I can confirm based on assurances from Mr. Signore that there is no written contract between JCS and TBTI. The purported contract contains the forged signature of Mr. Signore. We do not know who forged his signature. I've attached an exemplar of his signature along with the purported contract. Please let me know if you need further information. Thank you.

3/5/2014 1:42 PM

of 7

JCS02-000063

ATTACHMENT B

EM 257      Monday, January 27, 2014- 5: 34PM
attachments
Securities issue - JCS version of broker agreement with TBTI.pdf
Securities issue - Joe's 12.15.13 email to Paul.pdf
Securities issue - ltr. from Texas Securities Boart to TBTI.pdf
Securities issue - ltr. to Sara Scribner.pdf
Securities issue - TBTI Investor Contract.pdf
Securities issue - TBTI Website pages.pdf

EM 256 Monday, January 27, 2014-5:30 PM

Attach: Securities issue - TBTI Placement and Sales Broker Agreement - highlighted.pdf

EM 255
Subject: [FWD: JCS Subpoena] From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:28 pm To: salnicklaw@aol.com Attach: image001.jpg

EM 254
Subject: [FWD: OFR subpoena to JCS From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:28 pm To: salnicklaw@aol.com Attach: Scanned from a Xerox multifunction device001.pdf

EM 253
Subject: [FWD: RE: JCS Enterprises] From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:27 pm To: salnicklaw@aol.com

EM 252
Subject: [FWD: RE: JCS Enterprises] From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:27 pm To: salnicklaw@aol.com

EM 251
Subject: [FWD: RE: JCS Enterprises] From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:27 pm To: salnicklaw@aol.com Attach: sigimg1

EM 250
Subject: [FWD: JCS Enterprises] From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:26 pm To: salnicklaw@aol.com

EM 249
Subject: [FWD: JCS Enterprises] From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:26 pm To: salnicklaw@aol.com

EM 248
Subject: [FWD: RE: [FWD: November 2013 Payouts]]
From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:26 pm
To: salnicklaw@aol.com Attach: sigimg1

EM 247
Subject: [FWD: November 2013 Payouts] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:26 pm To: salnicklaw@aol.com Attach: Book1.xlsx

EM 246
Subject: [FWD: RE: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:25 pm To: salnicklaw@aol.com Attach: Securities issue - Joe's
12.15.13 email to Paul.pdf Securities issue - JCS version of broker agreement with TBTI.pdf

EM 245
Subject: [FWD: RE: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:24 pm To: salnicklaw@aol.com

EM 244
Subject: [FWD: Re: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:23 pm To: salnicklaw@aol.com

EM 243
Subject: [FWD: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com Date: Mon,
Jan 27, 2014 5:23 pm To: salnicklaw@aol.com Attach: Securities issue - JCS-TBTI Agency
Agreement.pdf

EM 242
Subject: [FWD: JCS - TBTI agent agreement] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:23 pm To: salnicklaw@aol.com
Attach: JCSBrokerAgreement12222011.pdf

EM 241
Subject: [FWD: JCS Broker Agreement] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:22 pm To: salnicklaw@aol.com
Attach: JCSBrokerAgreement12222011.pdf

EM 240
Subject: [FWD: RE: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:22 pm To: salnicklaw@aol.com Attach: Joe Signore actual
signature.pdf Securities issue - TBTI Placement and Sales Broker Agreement.pdf

EM 239
Subject: [FWD: RE: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:21 pm To: salnicklaw@aol.com


EM 238
Subject: [FWD: RE: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:21 pm To: salnicklaw@aol.com Attach: Securities issue - ltr. to Sara
Scribner.pdf


EM 237
Subject: [FWD: Re: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com
Date: Mon, Jan 27, 2014 5:20 pm To: salnicklaw@aol.com

EM 236
Subject: [FWD: RE: JCS Enterprises, Inc. - investment contract issue]
From: tbates@westpalmbeachtriallawyer.com Date: Mon, Jan 27, 2014 5:20 pm
To: salnicklaw@aol.com Attach: VC Buyer Agreement version - securities issue.doc VC
Placement Contract - securities issue.pdf

EM 235
Subject: [FWD: JCS Enterprises, Inc.] From: tbates@westpalmbeachtriallawyer.com Date: Mon,
Jan 27, 2014 5:18 pm To: salnicklaw@aol.com

EM 234
Subject: Cyber Kiosk NSF Checks From: Lazarus Rothstein
<lrothstein@legalandcompliance.com> Date: Wed, Mar 05, 2014 4:48 pm Laura Anthony
<LAnthony@LegalandCompliance.com>, "tbates@westpalmbeachtriallawyer.com" To:
<tbates@westpalmbeachtriallawyer.com>, Joe Signore <joe@jcsenterprise.net>
Attach: image003.gif image004.png image005.png


EM 233
Subject: RE: [FWD: RE: JCS Check] From: Laura Anthony
<LAnthony@LegalandCompliance.com> Date: Wed, Mar 05, 2014 11:17 am
"tbates@westpalmbeachtriallawyer.com" <tbates@westpalmbeachtriallawyer.com>, To:
"joe@jcsenterprise.net" <joe@jcsenterprise.net> Cc: laura <laura@jcsenterprise.net>
Attach: image001.png image002.png

EM 232
Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb
21, 2014 9:51 am To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png Securities issue - TBTI Investor Contract.pdf Securities
issue - TBTI Investors Contract.pdf Securities issue - TBTI November 2013 payout.xlsx
Securities issue - JCS-TBTI Agency Agreement.pdf Securities issue - TBTI resale tax

certificate.pdf Securities issue - TBTI Placement and Sales Broker Agreement.pdf Securities issue - TBTI resale tax certificate.pdf Securities issue - TBTI Website pages.pdf Securities Issue - Tom Donelon's Summary Statement to OFR.doc STARK II INQUIRY FORM.pdf Stock certificate - both sides.pdf STOCK REPURCHASE AGREEMENT - Barbara White.pdf STOCK REPURCHASE AGREEMENT - Carl Casper.pdf VC Bailment Agreement.doc VC Buyer Agreement - FINAL - additional corrections 5.4.12.doc VC Buyer Agreement - FINAL.doc VC Buyer Agreement - FINAL.docx VC Buyer Agreement - FINAL.pdf VC Buyer Agreement - May 2012.doc VC Buyer Agreement - my draft.doc VC Buyer Agreement - my second draft.doc VC Buyer Agreement - my third draft.doc VC Buyer Agreement - Single Purchase with new location language.pdf VC Buyer Agreement version - securities issue.doc VC DRTV script.PDF VC Informercial Buyer Agreement - 2nd draft.pdf VC Informercial Buyer Agreement - final - 10.25.12.doc VC Informercial Buyer Agreement - miscelleneous changes.doc VC Informercial Buyer Agreement.doc VC Placement Agreement - Crexent Business Center.doc VC Placement Agreement - Crexent Business Center - 2nd draft.doc VC Placement Agreement - Crexent Business Center.docx VC Placement Contract - 1st draft revisions.docx VC Placement Contract - 2nd draft revisions.docx VC Placement Contract - 3rd draft revisions - take out references to license.docx VC Placement Contract - 4th draft incorporating PAIs requested changes.docx VC Placement Contract - Final.pdf VC Placement Contract - securities issue.pdf VC Placement Contract.doc

EM 231
Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 21, 2014 9:35 am To: "Laura Anthony" <LAnthony@LegalandCompliance.com> Attach: image001.png image002.png Release & Settlement Agreement - Bevacqua - signed & notarized.PDF Release & Settlement Agreement - BevGen - signed & notarized individually by Genovese.PDF Release & Settlement Agreement - Genovese.doc RELEASE OF CLAIMS - Catherine Randell.pdf RELEASE OF CLAIMS - Craig Cherry.pdf Rescission Agreement - Chatham's first draft.doc Rescission Agreement - Chatham's first draft.docx Rescission Agreement - paragraph 4 analysis.doc Rescission Agreement - paragraph 4 analysis.docx Rescission of Contract Between JCS Enterprises & PAI.doc SALES AND ADVERTISING REPRESENTATIVE AGREEMENT - Puerto Rico - 2nd draft.pdf SALES AND ADVERTISING REPRESENTATIVE AGREEMENT - Puerto Rico - 3rd draft.doc SALES AND ADVERTISING REPRESENTATIVE AGREEMENT - Puerto Rico - final.pdf SALES AND ADVERTISING REPRESENTATIVE AGREEMENT - Puerto Rico.pdf SALES REPRESENTATIVE AGREEMENT - revised 2.6.13.doc SALES REPRESENTATIVE AGREEMENT.doc SALES REPRESENTATIVE AGREEMENT.docx Securities issue - emails from TBTI's attorney.pdf Securities issue - JCS version of broker agreement with TBTI.pdf Securities issue - JCS-TBTI Agency Agreement.pdf Securities issue - Joe's 12.15.13 email to Paul.pdf Securities issue - emails between Joe and Paul.pdf Securities issue - JCS version of broker agreement with TBTI.pdf Securities issue - ltr. from Texas Securities Boart to TBTI.pdf Securities issue - ltr. to Sara Scribner.pdf Securities issue - prospectus on net found by Tom Donelon.pdf Securities issue - subpoena from State of Florida.pdf

EM 230

Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 21, 2014 9:20 am To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png Malcolm Swasey - Ltr. to Gary Cruickshank.pdf Malcolm Swasey bankruptcy - ltr. from Trustee.pdf Mutual Rescission of Contract Between JCS Enterprises.docx MyGeebo Joint Venture Agreement - initial draft.docx MYUBE Contract - my comments.PDF Non-Disclosure Agreement - My Gee Bo, Inc. & Carlos Slim.doc NOTICE - provided with Informercial form contract.pdf OWNER-USER VC LOCATION AGREEMENT.pdf PAI-VC Placement Agreement - Final version (revised).doc Pari-Mutuel Wagering - form 3195 signed by Laura.pdf PERSONAL GUARANTY JCS - A & M Lease.doc PERSONAL GUARANTY JCS - with start date April 1, 2013.doc Poker Tickets- addendum to kiosk pilot program contract.doc Poker Tickets - Atty. Lockwook Letter to DBPR[1].pdf Poker Tickets - DBPR Kiosk Approval.pdf Poker Tickets - ltr. from Lockwood that JCS 3rd party payor.pdf Poker Tickets - Pilot for Credit Card Processing.doc PokerTicket-Casino Agreement - as of 6.25.12.doc PokerTickets- Casino Kiosk Agreement.doc

EM 229

Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 21, 2014 9:12 am To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png JCS-Tenet Agreement - Dr. Agrawal's disclosure - signed.pdf Jonathan Neil & Associates invoice - ltr. to Terri August.pdf License Agreement - My Geebo.doc License Agreement Between JCS Enterprises, Inc and My Geebo.pdf LLC Operating Agreement - 1st draft.pdf LLC Operating Agreement - MyGeebo, Inc. & Cary Kriz.docx Ltr. from Chatham in response to draft Rescission Agreement.pdf Ltr. from Genovese - after he signs Agreement.pdf Ltr. to Chatham - his response to draft Rescission Agreement.PDF Ltr. to Desormier-Cartwright.doc Ltr. to Gary Cruickshank.pdf Ltr. to Joe - acceptance of representation.PDF Ltr. to Joe - enclosing originals - Bevacqua & BEVGEN matter.doc Malcolm Swasey - Amended Notice of Depo..pdf Malcolm Swasey - Bankruptcy depo. notice.pdf Malcolm Swasey - correspondence between Joe and Swasey.pdf Malcolm Swasey - Documents sent by Chris Anton - pg. 33-65.pdf

EM 228

Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 21, 2014 9:02 am To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png Indemnification Agreement - JCS & Poker.Tickets.doc JCS- PokerTickets Agreement.pdf JCS Board Members & Percent of Ownership.docx JCS Enterprises OIG Advisory Process revised_docx - Microsoft Word Web App.mht.eml JCS Financing of VC - P & I breakdown.xlr JCS Financing of VCs - Truth in Lending Disclosure Statement.PDF JCS Placement Agreement - March 2012.doc JCS Placement Agreement March 2012.doc JCS- Ripfilms Agreement.docx JCS-A&M Lease Agreement - final.pdf JCS-A&M Lease Agreement - Landlords' incentives.pdf JCS-Mandercorp. Commission Agreement.docx JCS-My Gee Bo, Inc. - Master License Agreement 9-18-13 final.pdf JCS-PAI contract - contains paragraph 6 - Final.pdf JCS-Ripfilms Agreement-amended.pdf JCS-Ripfilms Agreement.pdf

EM 227
Subject: RE: JCS Enterprises files From: Laura Anthony
<LAnthony@LegalandCompliance.com> Date: Thu, Feb 20, 2014 9:06 pm
To: "tbates@westpalmbeachtriallawyer.com" <tbates@westpalmbeachtriallawyer.com>
Attach: image001.png image002.png


EM 226

Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Thu, Feb
20, 2014 5:48 pm To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png

EM 225
Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Thu, Feb
20, 2014 5:48 pm To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png Geebo- Talent Agreement - Corcoran - corrected signature
page - EIN # - signed by BC.pdf Geebo - Talent Agreement - Corcoran - final -signed by
Barbara.pdf Geebo - Talent Agreement with Daymond John - after my review.pdf GEEBO Celeb
Brokers Agreement - my comments and corrections.pdf Geebo Launch Program Booklet - access
contract.docx Geebo Launch Program Booklet - access contract.pdf Geebo Launch Program
Booklet - receipt of hard copy.pdf Geebo Pay Center Placement Agreement - fee schedule.pdf
Geebo Pay Center Placement Agreement - Geebo owns machine- 1st draft.pdf Geebo Launch
Program Booklet - receipt of hard copy.pdf Geebo Pay Center Placement Agreement - Geebo
owns machine- 2nd draft.docx Geebo Pay Center Placement Agreement - Geebo owns machine -
3rd draft.pdf Geebo Pay Center Placement Agreement - Geebo owns machine- final.pdf Geebo
Pay Center Placement Agreement - JCS as party-final.pdf Geebo System Buyer's Agreement.pdf
Geebo System Placement Agreement -draft 2.pdf Geebo System Placement Agreement.pdf
Geebo System User's Agreement - Amenity Pro.pdf GEEBO-Celeb Brokers Agreement
authorization to pay celebrities - my comments & corrections.pdf Genovese ltr. to Joe.pdf

EM 224
Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Thu, Feb
20, 2014 5:36 pm To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png Contract with ExploringTampaBay.com.pdf Contract with
Frank Bevecqua.pdf Contract with PAI - 2nd draft - my comments to PAI's changes to K.docx
Contract with PAI - 2nd draft.doc Contract with PAI - 2nd draft.pdf Contract with PAI - 3rd
draft.docx Contract with PAI - FINAL.doc Contract with PAI - FINAL.docx Contract with PAI -
my suggested corrections.doc Contract with PAI.doc Corp. shareholder distribution &
by-laws.pdf CREDIT AGREEMENT TO PURCHASE VIRTUAL CONCIERGE - 2nd draft.pdf
CREDIT AGREEMENT TO PURCHASE VIRTUAL CONCIERGE - first draft.pdf Cure letter
to PAI - final.PDF Endorsement Agreement - Lori Greiner.pdf Florida Telemarketing Act -
license application - individual.pdf Florida Telemarketing Act - license application for JCS.pdf
Florida Telemarketing Act - requirements of contract.pdf Foxwoods Proposal redline

2-21-13.doc Geebo - Stadiums Agreement - 3rd draft.pdf Geebo - Stadiums Agreement - my 2nd draft.pdf Geebo - Stadiums Agreement.pdf

EM 223
Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Thu, Feb 20, 2014 5:27 pm To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png Cardroom License form - completed.xps Cardroom License form.pdf Career Builder - denial letter to Sprechman & Assocs..pdf Career Builder - JCS check for $1500.pdf Career Builder's demand letter.pdf Casper - documents sent by Casper.PDF Casper - Ltr. from Lyman Bradford.pdf Certificate of Incorporation.pdf CNG1 JOINT VENTURE AGREEMENT - 1st draft.pdf Contract - Callisto TV.doc Contract - Illinois ad agency - exclusivity issue.pdf Contract - Illinois ad agency - VC Buyer contract form used by Joe.docx Contract - MD Kiosk.pdf Contract- National Media & Marketing.doc Contract dispute - Sales Rep. Agreement - Catherine.doc

EM 222
Subject: RE: JCS Enterprises files From: tbates@westpalmbeachtriallawyer.com Date: Thu, Feb 20, 2014 5:22 pm To: "Laura Anthony" <LAnthony@LegalandCompliance.com>
Attach: image001.png image002.png A&M Lease with JCS - draft sent by SS - 9.28.12.doc ADDENDUM to Cox-Signore land sales contract.pdf Agreement Between JCS and PBGMC - 5.1.13.pdf Agreement Between JCS and PBGMC - after conference with Bernabe Acaza.pdf Agreement Between JCS and TENET - 5th draft.doc ARTICLES OF ORGANIZATION OF LLC.pdf Bevacqua - stock certif..PDF Business Protection Agreement.doc Business Trust Agreement.doc Business Trust Agreement.docx Callisto tv.SALES AND SERVICE AGREEMENT.doc Callisto tv.SALES AND SERVICE AGREEMENT - my comments.doc

EM 221
Subject: RE: JCS Enterprises, Inc. From: tbates@westpalmbeachtriallawyer.com Date: Thu, Feb 13, 2014 11:29 am To: laura@jcsenterprise.net Attach: image001.png

see attachment

EM 220
Subject: RE: JCS From: Laura Anthony <LAnthony@LegalandCompliance.com> Date: Thu, Feb 13, 2014 10:46 am To: "tbates@westpalmbeachtriallawyer.com" <tbates@westpalmbeachtriallawyer.com> Attach: image001.png image002.png

EM 219
Subject: RE: [FWD: JCS Check] From: joe@jcsenterprise.net Date: Thu, Feb 13, 2014 10:15 am To: tbates@westpalmbeachtriallawyer.com Attach: sigimg0 sigimg1
see 2 attachments

EM 218
Subject: RE: JCS Check From: tbates@westpalmbeachtriallawyer.com Date: Thu, Feb 13, 2014 10:06 am To: "Jason Weiss" <jason@jswlawyer.com>

see 2 attachments

EM 217
attachment regarding AMEX payment of legal fees

EM 216
Subject: Re: [FWD: JCS Enterprises, Inc.] From: Thomas Donelon <doneloncpa@aol.com> Date: Sat, Feb 08, 2014 12:34 pm To: "<tbates@westpalmbeachtriallawyer.com>" <tbates@westpalmbeachtriallawyer.com>

See attachment Bates termination of legal representation letter

EM 215
Subject: RE: JCS Enterprises, Inc. From: Laura Anthony <LAnthony@LegalandCompliance.com> Date: Fri, Feb 07, 2014 6:08 pm "tbates@westpalmbeachtriallawyer.com" <tbates@westpalmbeachtriallawyer.com>, To: "joe@jcsenterprise.net" <joe@jcsenterprise.net>, laura <laura@jcsenterprise.net> Cc: "salnicklaw@aol.com" <salnicklaw@aol.com> Attach: image001.png image002.png

EM 214
Subject: RE: JCS Enterprises, Inc. From: laura <laura@jcsenterprise.net> Date: Fri, Feb 07, 2014 6:06 pm To: tbates@westpalmbeachtriallawyer.com

 EM 213
Subject: JCS Enterprises, Inc. From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014 5:47 pm To: joe@jcsenterprise.net, "laura" <laura@jcsenterprise.net> Cc: salnicklaw@aol.com, "Laura Anthony" <LAnthony@LegalandCompliance.com> Attach: Withdrawal letter.pdf

see attachment Bates termination letter
EM 212
Subject: Re: JCS Enterprises From: Ryan Kidd <ryan.kidd@excelerondesigns.com> Date: Fri, Feb 07, 2014 1:06 pm To: Thomas Bates <tbates@westpalmbeachtriallawyer.com>

EM 211
Subject: RE: [FWD: Questions regarding investments through TBTI] From: Laura Anthony <LAnthony@LegalandCompliance.com> Date: Fri, Feb 07, 2014 12:53 pm "tbates@westpalmbeachtriallawyer.com" <tbates@westpalmbeachtriallawyer.com>, To: "salnicklaw@aol.com" <salnicklaw@aol.com> Attach: image001.png image002.png

EM 210
Subject: RE: [FWD: TBTI/JCS Issues] From: Laura Anthony
<LAnthony@LegalandCompliance.com> Date: Fri, Feb 07, 2014 12:51 pm
"tbates@westpalmbeachtriallawyer.com" <tbates@westpalmbeachtriallawyer.com>, To:
"salnicklaw@aol.com" <salnicklaw@aol.com> Attach: image001.png image002.png

EM 209
Subject: [FWD: VC's] From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014
12:41 pm To: salnicklaw@aol.com Cc: "Laura Anthony" <Lanthony@LegalandCompliance.com

EM 208
Subject: [FWD: VC Investment REAL Answers] From: tbates@westpalmbeachtriallawyer.com
Date: Fri, Feb 07, 2014 12:40 pm To: salnicklaw@aol.com Cc: "Laura Anthony"
<Lanthony@LegalandCompliance.com>

EM 207
Subject: [FWD: ] From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014 12:40
pm To: salnicklaw@aol.com Cc: "Laura Anthony" <Lanthony@LegalandCompliance.com>

EM 206
Subject: [FWD: VC Investment with JCS and TBTI]
From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014 12:39 pm
To: salnicklaw@aol.com Cc: "Laura Anthony" <Lanthony@LegalandCompliance.com>

EM 205
Subject: [FWD: VC Units] From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014
12:39 pm To: salnicklaw@aol.com Cc: "Laura Anthony"
<Lanthony@LegalandCompliance.com>

EM 204
Subject: [FWD: Questions regarding investments through TBTI]
From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014 12:39 pm
To: salnicklaw@aol.com Cc: "Laura Anthony" <Lanthony@LegalandCompliance.com>

EM 203
Subject: [FWD: TBTI/JCS Issues] From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb
07, 2014 12:38 pm To: salnicklaw@aol.com Cc: "Laura Anthony"
<Lanthony@LegalandCompliance.com>

EM 202
Subject: [FWD: TBTI] From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014
12:38 pm To: salnicklaw@aol.com Cc: "Laura Anthony"
<Lanthony@LegalandCompliance.com>


EM 201
Subject: JCS Enterprises From: tbates@westpalmbeachtriallawyer.com Date: Fri, Feb 07, 2014
12:38 pm To: salnicklaw@aol.com Cc: "Laura Anthony"
<LAnthony@LegalandCompliance.com>


EM 200
Subject: Fwd: VC's From: JCS Concerns <concerns@jcsenterprise.net> Date: Fri, Feb 07, 2014
12:36 pm Joe Signore <joe@jcsenterprise.net>, Stephen Johnson <step@jcsenterprise.net>,
Laura Signore To:  <laura@jcsenterprise.net>, tbates@westpalmbeachtriallawyer.com


EM 199
EM 198
EM 197
EM 196
EM 195
EM 194
EM 193
EM 192
EM 191
EM 190
EM 189
EM 188
EM 187
EM 186
EM 185
EM 184
EM 183
EM 182
EM 181
EM 180
EM 179
EM 178
EM 177
EM 176
EM 175
EM 174
EM 173

EM 172
EM 171
EM 170
EM 169
EM 168
EM 167
EM 166
EM 165
EM 164
EM 163
EM 162
EM 161
EM 160
EM 159
EM 158
EM 157
EM 156
EM 155
EM 154
EM 153
EM 152
EM 151
EM 150
EM 149
EM 148
EM 147
EM 146
EM 145
EM 144
EM 143
EM 142
EM 141
EM 140
EM 139
EM 138
EM 137
EM 136
EM 135
EM 134
EM 133
EM 132
EM 131
EM 130
EM 129
EM 128

EM 127
EM 126
EM 125
EM 124
EM 123
EM 122
EM 121
EM 120
EM 119
EM 118
EM 117
EM 116
EM 115
EM 114
EM 113
EM 112
EM 111
EM 110

ATTACHMENT C

# THOMAS M. BATES, P.A.

ATTORNEY AND COUNSELOR AT LAW
1655 PALM BEACH LAKES BOULEVARD
SUITE 402
WEST PALM BEACH, FLORIDA 33401

E-MAIL — TBATES@WESTPALMBEACHTRIALLAWYER.COM
WEBSITE: WWW.WESTPALMBEACHTRIALLAWYER.COM

CIVIL TRIAL PRACTICE*◊

*BOARD-CERTIFIED CIVIL TRIAL LAWYER

◊ALSO ADMITTED IN MASSACHUSETTS

TELEPHONE (561) 802-4124
FACSIMILE (561) 207-7792

**2/7/2014**

**VIA EMAIL & REGULAR MAIL**

Joe Signore – President/CEO
JCS Enterprises Inc.
15132 Park of Commerce Blvd
Jupiter, FL 33478

Re: Withdrawal as Counsel

Dear Joe:

It is with sincere regret that I write this letter informing you that I am withdrawing as counsel for JCS Enterprises, Inc. in all pending matters. I have spoken to Attorney Kevin Tynan who counsels attorneys with ethical dilemmas, and he has advised that I withdraw in light of the fact that I may be a witness in the investigation being conducted by the U.S. Attorney's office regarding JCS Enterprises' relationship with TBTI, Inc.

Subject to the advice of my own attorney (if I'm required to hire one) I intend to fully cooperate with both your attorney, Michael Salnick, and the U.S. Attorney's office in this matter.

I note that there are no pending matters in litigation requiring me to file a formal motion to withdraw or sign a substitution of counsel. I request that you consult with Mr. Salnick for a referral to a civil trial lawyer or business lawyer who can assist you from this point forward in business matters involving JCS and My Geebo, Inc.

I am hopeful for you, Laura and your business that this matter will speedily pass so that you can get on with your lives and your business.

Very truly yours,

Thomas M. Bates

cc: Michael Salnick, Esq. (via email only)
    Laura Anthony, Esq.   (via email only)